UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 17 2007
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RICHARD E. ANAYA. | No. 07-70124 |
| RICHARD ERNEST ANAYA, | D.C. No. CV-07-00029-GEB<br>Eastern District of California, Sacramento |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO), | |
| Respondent, | |
| ROSANNE CAMPBELL, Warden; et al., | |
| Real Parties in Interest. | |

FILED
JAN 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(PC) Anaya v. Campbell, et al

Doc. 5

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

Petitioner's "urgent motion under Rule 27-3(b) injunction restraining order pursuant to 42 U.S.C. (1983)" is construed as an emergency petition for a writ of mandamus. So construed, the petition for a writ of mandamus is denied without prejudice to the filing of a motion for preliminary relief in the district court seeking transfer to a medical facility.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

**DENIED.**

S:\MOATT\Panelord\1.07\cj\07-70124.wpd

A TRUE COPY
ATTEST
CATHY A. CATTERSON
Clerk of Court
by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-70124 Anaya, et al v. USDC-CES

In re: RICHARD E. ANAYA

------------------------

| | |
|---|---|
| RICHARD ERNEST ANAYA<br>    Petitioner | Richard Ernest Anaya<br>P-36075<br>[NTC prs]<br>MCSP - MULE CREEK STATE PRISON<br>Minimum Yard<br>P.O. Box 409000<br>Ione, CA 95640-9000 |
| v. | |
| US DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF CALIFORNIA<br>(SACRAMENTO)<br>    Respondent | No appearance<br>No appearance |
| ROSANNE CAMPBELL, Warden<br>    Real Party in Interest | No appearance<br>(See above) |