**FILED**

UNITED STATES COURT OF APPEALS

JAN 17 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RICHARD E. ANAYA. | No. 07-70124 |
| RICHARD ERNEST ANAYA, | D.C. No. CV-07-00029-GEB<br>Eastern District of California,<br>Sacramento |
| Petitioner, | **FILED** |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO), | JAN 18 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |
| Respondent, | |
| ROSANNE CAMPBELL, Warden; et al., | |
| Real Parties in Interest. | |

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

Petitioner's "urgent motion under Rule 27-3(b) injunction restraining order pursuant to 42 U.S.C. (1983)" is construed as an emergency petition for a writ of mandamus. So construed, the petition for a writ of mandamus is denied without prejudice to the filing of a motion for preliminary relief in the district court seeking transfer to a medical facility.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

**DENIED.**

S:\MOATT\Panelord\1.07\cj\07-70124.wpd

A TRUE COPY
ATTEST

CATHY A. CATTERSON
Clerk of Court

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-70124 Anaya, et al v. USDC-CES

In re: RICHARD E. ANAYA

---

RICHARD ERNEST ANAYA                Richard Ernest Anaya
    Petitioner                      P-36075
                                    [NTC prs]
                                    MCSP - MULE CREEK STATE PRISON
                                    Minimum Yard
                                    P.O. Box 409000
                                    Ione, CA 95640-9000


   v.

US DISTRICT COURT FOR THE           No appearance
EASTERN DISTRICT OF CALIFORNIA      No appearance
(SACRAMENTO)
    Respondent

ROSANNE CAMPBELL, Warden             No appearance
    Real Party in Interest          (See above)