1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RICHARD ERNEST ANAYA,
11           Plaintiff,                     No. CIV S-07-0029 GEB GGH P
12       vs.
13   ROSEANNE CAMPBELL, et al.,
14           Defendants.                    ORDER
15   _____/
16           Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to
17   42 U.S.C. § 1983.
18           By an order filed April 11, 2007, this court ordered plaintiff to complete and
19   return to the court, within thirty days, the USM-285 forms and copies of his complaint which are
20   required to effect service on the defendants.  On April 20, 2007, plaintiff submitted the copies of
21   the complaint but failed to submit the correct USM-285 forms.
22   /////
23   /////
24   /////
25   /////
26   /////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send thirteen blank USM-285 forms; and

2. Within thirty days, plaintiff shall submit to the court the thirteen completed USM-285 forms required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 5/11/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
anay0029.8f