IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                  2:07-cv-0029-GEB-GGH-P

  vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.          ORDER

_____/

        On May 24, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 11, 2007, denying his request for appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 11, 2007, is affirmed.

Dated: June 27, 2007

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

1