IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,             No. CIV S-07-0029 GEB GGH P

   vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.        <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file an opposition to defendants' August 23, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's August 31, 2007 motion for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' August 23, 2007 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 9/10/07                              /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

GGH:mp
anay0029.36