IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    No. CIV S-07-0029 GEB GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On September 17, 2007, plaintiff filed a motion for a temporary restraining order. Plaintiff alleges that defendants are forcing him to work in a job that he cannot perform due to his medical problems. Plaintiff also alleges that he requires grab bar rails, a raised toilet seat and a private bathroom. Plaintiff alleges that he has fallen on the bathroom floor and has been required to crawl. On September 28, 2007, plaintiff filed a motion requesting that the court rule on his motion for a temporary restraining order.

        On October 15, 2007, plaintiff filed a "letter to stop retaliatory conduct." Plaintiff alleges that he is "fresh out of surgery" and his knee is in a brace. Plaintiff alleges that he is now being considered for transfer to a different prison. Plaintiff alleges that the transfer can take up to three days and that his back is in a lot of pain. Plaintiff suggests that he requires a "special medical transfer."

1

1       Defendants are directed to respond to plaintiff's motions. In particular,
2 defendants shall inform the court whether plaintiff is up for a transfer and, if so, whether his
3 medical problems will be accommodated during the actual transfer. Defendants shall also
4 respond to plaintiff's claim that his back is in great pain. If plaintiff is not up for a transfer,
5 defendants shall respond to the other allegations, i.e. that plaintiff is required to perform a job
6 beyond his physical capabilities, requires a grab bar, raised toilet seat and private bathroom and
7 that he is in pain.
8       Accordingly, IT IS HEREBY ORDERED that defendants shall file the briefing
9 described above within twenty days of the date of this order.

10 DATED: 10/18/07

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

an29.ord

2