IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                  No. CIV S-07-0029 GEB GGH P

    vs.

ROSANNE CAMBELL, Warden, et al.,

    Defendants.                <u>AMENDED ORDER</u>

_____/

        In a prior order, docket entry no. 40, defendants were ordered to file briefing responsive to plaintiff's requests for a temporary restraining order/preliminary injunction within twenty days. Subsequently, an Order, filed on October 18, 2007, by the Ninth Circuit was transmitted to the undersigned, indicating that the district court had no more than 14 days to address the matter.

        Accordingly, IT IS HEREBY ORDERED that this court's order, docket entry # 40, filed on October 19, 2007, is modified to permit defendants only until October 29, 2007, to file their responsive briefing, for which there will be no extension of time.

DATED: 10/19/07

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

anay0029.amd