IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,     No. CIV S-07-0029 GEB GGH P

  vs.

ROSANNE CAMPBELL, et al.,

    Defendants.     ORDER

_____/

      Plaintiff has requested an extension of time to file objections to the findings and recommendations filed November 9, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 14, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve the objections. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 11/21/07

      /s/ Gregory G. Hollows

      GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

GGH:cm
anay0029.36(1)