IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

       Plaintiff,                      2:07-cv-0029-GEB-GGH-P

    vs.

ROSEANNE CAMPBELL, et al.,

       Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 9, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within five days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed November 9, 2007, are adopted in full; and

4       2.  Plaintiff's September 17, 2007, motion for a temporary restraining order and October 15, 2007, letter, construed as a request for preliminary injunctive relief, are denied as to all claims but for those concerning plaintiff's access to grab bars, treatment for back pain and his post knee-surgery complaints.

Dated:  December 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge