1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD ERNEST ANAYA,

11           Plaintiff,                    No. CIV S-07-0029 GEB GGH P

12      vs.

13   ROSEANNE CAMPBELL, et al.,

14           Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On November 9, 2007, the court recommended that plaintiff's requests for

18   injunctive relief contained in his September 17, 2007, motion for a temporary restraining order

19   and October 15, 2007, letter, be denied but for the claims concerning plaintiff's access to grab

20   bars, treatment for back pain and post knee surgery complaints.  The court ordered defendants to

21   file further briefing regarding these claims.  On December 11, 2007, the Honorable Garland E.

22   Burrell adopted the November 9, 2007, findings and recommendations.

23           On November 19, 2007, defendants filed further briefing addressing the remaining

24   claims for injunctive relief.

25           Plaintiff's claims for injunctive relief concern medical care at Mule Creek State

26   Prison (MCSP).  On November 21, 2007, plaintiff filed a notice of change of address indicating

1

1  that he had been transferred to High Desert State Prison (HDSP).

2  When an inmate seeks injunctive relief concerning an institution at which he is no

3  longer incarcerated, his claims for such relief become moot.  See  Sample v. Borg, 870 F.2d 563

4  (9th Cir. 1989); Darring v. Kincheloe, 783 F.2d 874, 876 (9th Cir. 1986).  See also Reimers v.

5  Oregon, 863 F.2d 630, 632 (9th Cir. 1988).  Plaintiff has demonstrated no reasonable possibility

6  that he will be incarcerated at MCSP at any predictable time in the future.  Accordingly,

7  plaintiff's motions should be denied as moot.

8  Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's remaining claims

9  for injunctive relief contained in his September 17, 2007, motion for a temporary restraining

10  order and October 15, 2007, letter concerning access to grab bars, treatment for back pain and

11  post knee surgery complaints be denied as moot.

12  These findings and recommendations are submitted to the United States District

13  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

14  days after being served with these findings and recommendations, any party may file written

15  objections with the court and serve a copy on all parties.  Such a document should be captioned

16  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

17  shall be served and filed within ten days after service of the objections.  The parties are advised

18  that failure to file objections within the specified time may waive the right to appeal the District

19  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20  DATED:   12/21/07

/s/ Gregory G. Hollows

21  _____

22  UNITED STATES MAGISTRATE JUDGE

23  an29.pi(2)

24

25

26

2