IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                   No. CIV S-07-0029 GEB GGH P

   vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.           <u>ORDER</u>

_____/

On January 14, 2008, plaintiff filed a request for an extension of time to file objections to the findings and recommendations filed December 21, 2007.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's January 14, 2008, request for extension of time is granted; plaintiff's objections to the December 21, 2007, findings and recommendations are due within twenty days of the date of this order.

DATED: 01/22/08

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

an29.eot