IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    No. CIV S-07-0029 GEB GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2007, this court recommended that defendants' motion to dismiss plaintiff's claims against defendant Smith be denied. The court granted the motion to dismiss as to the remaining defendants with leave to file an amended complaint.

        On December 26, 2007, plaintiff filed objections to the December 5, 2007, order. On February 6, 2008, the Honorable Garland E. Burrell construed plaintiff's objections as a request for reconsideration and affirmed the December 5, 2007, order. Judge Burrell granted plaintiff thirty days to file an amended complaint.

        On March 5, 2008, plaintiff filed an amended complaint. On April 2, 2008, defendants filed an opposition to the amended complaint. Defendants correctly observe that the amended complaint is a copy of plaintiff's December 26, 2007, objections, construed as a request

1

1  for reconsideration.

2       While pro se pleadings are to be liberally construed, plaintiff may not amend his complaint by merely resubmitting a copy of his request for reconsideration. The request for reconsideration does not include, for example, a request for relief as required by Fed. R. Civ. P. 8. The request for reconsideration also does not include a short and plain statement of the claims, also required by Fed. R. Civ. P. 8. The amended complaint includes lengthy legal arguments which do not comply with Rule 8. For these reasons, the amended complaint is dismissed. The court will grant plaintiff one final opportunity to submit a proper amended complaint. The second amended complaint should be prepared on the form sent to plaintiff with this order. The second amended complaint may be no longer than 20 pages.

     Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint filed March 5, 2008, is dismissed with thirty days to file a second amended complaint; if plaintiff does not file a second amended complaint within that time, this action will proceed on the claims against defendant Smith contained in the original complaint;

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint pursuant to 42 U.S.C. § 1983.

DATED: 05/12/08             /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

anaya.amd