IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                        No. CIV S-07-0029 GEB GGH P

   vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 16, 2008, plaintiff filed a motion for an emergency preliminary injunction regarding conditions at High Desert State Prison (HDSP), where he is currently housed. Plaintiff alleges that he is being double celled despite his medical need for single cell status. Plaintiff alleges that prison officials have placed him into "rooster fighting" situations with his cellmates. Plaintiff alleges that he has had three fights with three different cellmates.

        No defendants at HDSP have yet been served. However, the court has separately ordered service of the amended complaint on defendants located at HDSP.

        The court intends to act on plaintiff's request for injunctive relief on July 10, 2008. Defendants at HDSP have not been served and are not required to appear. If defendants wish to take any position with respect to plaintiff's request, they may do so on or before that date.

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The defendants at HDSP identified in the May 29, 2008, amended complaint

3 may respond to plaintiff's request for injunctive relief on or before July 10, 2008;

4         2.  The Clerk shall serve electronically serve a copy of this order on Deputy

5 Attorney General James Sobolewski who is representing the defendants who have already

6 appeared in this action.

7 DATED: 06/26/08

8                                    /s/ Gregory G. Hollows

9                                    UNITED STATES MAGISTRATE JUDGE

11 anaya.allw