IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    No. CIV S-07-0029 GEB GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.

    _____/        ORDER

        Plaintiff is a state prisoner proceeding pro se. Pending before the court is plaintiff's May 29, 2008, amended complaint. The amended complaint consists of two separately filed documents, nos. 86 and 88. No. 86 contains the points and authorities. No. 88 is the complaint form containing the request for relief.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        The court will order the previously served defendants to file a response. The court will order service of the newly named defendants.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within twenty days of the date of this order, defendants Smith, Grannis, Teder,

1 Nale, Campbell, Akintola, Garcia and Johnson shall file a response to the May 29, 2008,
amended complaint;

      2.  Service is appropriate for the following defendants: Subia, Hamilton, Casp, Hoepner, Williams, Cullen, Falkner, Perez, Hawl, James, Agyeman, Clark and Swingle.

      3.  The Clerk of the Court shall send plaintiff 13 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint (nos. 86 and 88) filed May 29, 2008.

      4.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a.  The completed Notice of Submission of Documents;

        b.  One completed summons;

        c.  One completed USM-285 form for each defendant listed in number 3 above; and

        d.  Fourteen copies of the endorsed complaint filed May 29, 2008.

      5.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  06/26/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

an29.ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                             No. CIV S-07-0029 GEB GGH P

    vs.

ROSEANNE CAMPBELL, et al.,        <u>NOTICE OF SUBMISSION</u>

    Defendants.                     <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____    completed summons form

       _____    completed USM-285 forms

       _____    copies of the _____
                                  Complaint/Amended Complaint

DATED:

_____
Plaintiff