IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                                 No. CIV S-07-0029 GEB GGH P

   vs.

ROSEANNE CAMPBELL, et al.,

    Defendant.                             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2008, the court recommended that plaintiff's motions for injunctive relief filed June 16, 2008, and July 26, 2008, be denied. In these motions plaintiff claimed, in part, that he should be granted single cell status. In the July 10, 2008, opposition, defendants attached the July 11, 2008, declaration of N. Acquaviva, the Health Care Manager at High Desert State Prison (HDSP). According to N. Acquaviva, mental health staff determined that plaintiff did not require a single cell based on his mental condition. In addition, medical staff also determined that plaintiff did not require a single cell.

        In his objections to the findings and recommendations, plaintiff claims that on July 1, 2008, HDSP psychiastrist "Collety" (objections, p. 6: 4) recommended plaintiff for single cell status. Plaintiff also claims that on July 14, 2008, Dr. Seavere of HDSP also recommended

1

plaintiff for single cell status.

The portion of the findings and recommendations addressing plaintiff's need for single cell status is vacated. Defendants are directed to respond to plaintiff's claim that Dr. Collety and Dr. Seavere have both recommended plaintiff for single cell status.

Accordingly, IT IS HEREBY ORDERED that:

1. The portion of the July 23, 2008, findings and recommendations denying plaintiff's request for single cell status is vacated;

2. Within ten days of the date of this order, defendants shall file the further briefing described above.

DATED: 08/13/08                              /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

anaya.fb