IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    No. CIV S-07-0029 GEB GGH P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.               ORDER

_____/

        On August 11, 2008, plaintiff filed a pleading titled "Complaint to Cheif [sic] Justice Against Gregory G. Hollows." Plaintiff contends that the undersigned has disregarded his legitimate complaints. The court construes this pleading to be a request for recusal of the other undersigned.

        A judge is required to disqualify himself if his impartiality might reasonably be questioned, 28 U.S.C. § 455(a), or if he has a personal bias or prejudice against a party, 28 U.S.C. § 455(b)(1). Remarks made during the course of a judicial proceeding that are critical or hostile to a party or his case ordinarily will not support a bias or partiality claim unless they reveal an extrajudicial source for the opinion, or "such a high degree of favoritism or antagonism as to make fair judgment impossible." Liteky v. United States, 510 U.S. 540, 554, 114 S.Ct. 1147, 1157, 127 L.Ed.2d 474, 484 (1994.) The decision regarding disqualification is made by

1 the judge whose impartiality is at issue.  <u>Bernard v. Coyne</u>, 31 F.3d 842, 843 (9th Cir. 1994).

2       Where the source of alleged bias or prejudice is a judicial proceeding, plaintiff
3 must show a disposition on the part of the judge that "is so extreme as to display clear inability to
4 render fair judgment."  <u>Liteky</u>, 510 U.S. at 541, 114 S.Ct. at 1155.  "Opinions formed by the
5 judge on the basis of facts introduced or events occurring in the course of the current
6 proceedings, or of prior proceedings, do not constitute a basis for a bias or partiality motion
7 unless they display a deep-seated favoritism or antagonism that would make fair judgment
8 impossible."  <u>Id</u>. at 555, 114 S.Ct. at 1157.  Bias is not found where the judge has expressed
9 anger or dissatisfaction or annoyance that are within the bounds of reasonable behavior.  <u>Id</u>.

10       This court's actions in this case do not support disqualification.  The actions taken
11 were an appropriate response to plaintiff's very numerous filings.  The court's rulings do not
12 reflect an extreme disposition or deep-seated antagonism.  They do not reflect animosity,
13 partiality, or inability to render a fair judgment in the instant action.  They do not indicate bias,
14 personal or otherwise, or prejudice, personal or otherwise.

15       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for recusal of the
16 undersigned is denied.

17 DATED: 08/14/08               /s/ Gregory G. Hollows

18                 UNITED STATES MAGISTRATE JUDGE

19

20 anaya.rec