IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                          No. CIV S-07-0029 GEB GGH P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        On August 21, 2008, defendants filed briefing stating that on August 5, 2008, plaintiff was recommended for single cell status by the Chief Medical Officer.

        Accordingly, IT IS HEREBY ORDERED that on or before September 12, 2008, defendants shall inform the court whether the recommendation that plaintiff be single celled has been adopted.

DATED: 09/05/08                               /s/ Gregory G. Hollows

                                                     UNITED STATES MAGISTRATE JUDGE

anaya.ord