IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    2:-07-cv-0029-GEB-GGH-P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 23, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. The magistrate judge recommended that plaintiff's motions for injunctive relief filed June 16, 2008, and June 25, 2008, be denied.

        On August 13, 2008, the magistrate judge vacated the portion of the July 23, 2008, findings and recommendations recommending that plaintiff's request for single cell

1

1  housing be denied and ordered further briefing as to this claim.  Accordingly, this order does not
2  address this portion of the findings and recommendations.
3        Plaintiff has filed objections to the findings and recommendations.
4        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
5  304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire
6  file, the court finds the findings and recommendations to be supported by the record and by
7  proper analysis.
8        Accordingly, IT IS HEREBY ORDERED that:
9        1. The findings and recommendations filed July 23, 2008, are adopted in full but
10  for the recommendation concerning plaintiff's request for single cell status;
11        2. But for the request for single cell status, plaintiff's motions for injunctive relief
12  filed June 16, 2008 (# 91), and June 25, 2008 (# 92), are denied.
13  Dated:  September 25, 2008

GARLAND E. BURRELL, JR.
United States District Judge