IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

      Plaintiff,                         No. CIV S-07-0029 GEB GGH P

   vs.

ROSEANNE CAMPBELL, et al.,

      Defendants.              ORDER

_____/

      On August 27, 2008, plaintiff filed a motion to dismiss defendant Swingle, who has not yet appeared in this action.

      Good cause appearing, IT IS HEREBY ORDERED that defendant Swingle is dismissed from this action pursuant to plaintiff's motion to dismiss (# 117).

DATED: 10/02/08

                                            /s/ Gregory G. Hollows
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

anaya.clp

1