1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE EASTERN DISTRICT OF CALIFORNIA

9   RICHARD ERNEST ANAYA,

10          Plaintiff,                    No. CIV S-07-0029 GEB GGH P

11      vs.

12   ROSEANNE CAMPBELL, et al.,

13          Defendants.          <u>FINDINGS & RECOMMENDATIONS</u>

14   _____/

15          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

16   42 U.S.C. § 1983.  On July 23, 2008, the court recommended that plaintiff's motions for

17   injunctive relief filed June 16, 2008, and June 25, 2008, be denied.  In these motions plaintiff

18   claimed, in part, that he should be granted single cell status.

19          In the July 10, 2008, opposition to plaintiff's motions for injunctive relief,

20   defendants attached the July 11, 2008, declaration of N. Acquaviva, the Health Care Manager at

21   High Desert State Prison (HDSP).  According to N. Acquaviva, mental health staff determined

22   that plaintiff did not require a single cell based on his mental condition.  In addition, medical

23   staff also determined that plaintiff did not require a single cell.

24          In his objections to the findings and recommendations, plaintiff claimed that on

25   July 1, 2008, HDSP psychiastrist "Collety" recommended plaintiff for single cell status.  Plaintiff

26   also claimed that on July 14, 2008, Dr. Seavere of HDSP also recommended plaintiff for single

1

1    cell status.

2           On August 13, 2008, the court vacated the portion of the July 23, 2008, findings

3    and recommendations addressing plaintiff's need for single cell status.  The court ordered

4    defendant to respond within ten days to plaintiff's claim that he had been recommended for

5    single cell status.

6           On August 21, 2008, defendants filed briefing stating that on August 4, 2008, the

7    Chief Medical Officer (CMO) at High Desert State Prison had prepared a chrono stating that

8    plaintiff required single cell status due to his medical problems.  On September 5, 2008, the court

9    ordered defendants to inform the court whether the CMO's recommendation had been adopted.

10   On September 12, 2008, defendants informed the court that plaintiff is single celled.

11          Because plaintiff is now single celled, the court recommends that his request for

12   single cell status be denied as moot.

13          Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's request for single

14   cell status, contained in his June 16, 2008, and June 25, 2008, motions for injunctive relief, be

15   denied as moot.

16          These findings and recommendations are submitted to the United States District

17   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

18   days after being served with these findings and recommendations, any party may file written

19   objections with the court and serve a copy on all parties.  Such a document should be captioned

20   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

21   shall be served and filed within ten days after service of the objections.  The parties are advised

22   that failure to file objections within the specified time may waive the right to appeal the District

23   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

24   DATED: 10/02/08                          /s/ Gregory G. Hollows
                                              _____
25                                            UNITED STATES MAGISTRATE JUDGE
     anaya.mot
26

                                              2