**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 10 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD ERNEST ANAYA,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>ROSANNE CAMPBELL, Warden; N. GRANNIS; CHRISTOPHER J. SMITH M.D.; J. TEDDER, Medical Appeals Analyst; NALE, Doctor; A. AKINTOLA; SILVIA GARCIA, Chief Appeal Processing Coordinator; K. JOHNSON, Correctional Counselor CII; L. B. REAVES, Appeals Coordinator MCSP; E. A. REYES, Appeals Coordinator; S. KINNICK, Head of Education Department MATHEW L. CATE; INEZAZCONA; SUBIA; HAMILTON; CASP; HOEPNER WILLIAMS; CULLEN; FALKNER; PEREZ; JAMES; AGYEMAN; CLARK,<br><br>  Defendants - Appellees. | No. 08-17388<br><br>D.C. No. 2:07-cv-00029-GEB-GGH<br>Eastern District of California, Sacramento<br><br>**ORDER** |

Appellant's motion to dismiss, filed on January 23, 2009, is granted.  See Fed. R. App. P. 42(b).  This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
By: Robert Sansone
Deputy Clerk