IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    No. CIV S-07-0029 GEB GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        On February 17, 2009, plaintiff filed yet another motion for injunctive relief requesting that prison officials at Kern Valley State Prison provide him with single cell status and treatment by a back specialist.

        No defendants are located at Kern Valley State Prison or otherwise have authority over medical care at Kern Valley State Prison. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's February 17, 2009, motion for single cell status and treatment by a back specialist (no. 150) be denied.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 2, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

an29.pi