IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD ERNEST ANAYA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROSANNE CAMPBELL, et al.,**<br><br>Defendants. | 2:07-CV-0029 GEB GGH P<br><br>**ORDER MODIFYING THE DISCOVERY AND DISPOSITIVE MOTION CUTOFFS** |

On February 27, 2009, Defendants filed a motion to modify the schedule.

Good cause presented to the Court and good cause appearing, the dates established by the Court's November 10, 2008, Scheduling Order are modified as follows:

1. The parties may conduct discovery until May 20, 2009, and any motions necessary to compel discovery shall be filed by that date; and

2. All pretrial motions, except motions to compel discovery, shall be filed on or before August 19, 2009.

IT IS SO ORDERED

Dated: March 12, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

anay0029.eot

[Proposed] Order

1