IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ERNEST ANAYA,** | Case No. 2:07-CV-0029 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Defendants. | |

On April 9, 2009, Plaintiff filed a request for an extension of time to respond to Defendants' interrogatories. On April 17, 2009, Defendants filed a non-opposition to Plaintiff's request for an extension of time and a request for an extension of time to conduct Plaintiff's deposition.

Good cause presented to the Court and good cause appearing, Defendants shall have an additional three weeks to conduct Plaintiff's deposition from the date of service of Plaintiff's responses to Defendants' interrogatories.

Dated: April 22, 2009             s/s Gregory G. Hollows
                                                   U.S. Magistrate Judge

Anay0029.eot