IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

        Plaintiff,                  No. CIV S-07-0029 GEB GGH P

  vs.

ROSEANNE CAMPBELL, et al.,

        Defendants.         <u>ORDER</u>

_____/

      On April 9, 2009, plaintiff filed a request for extension of time to file his response to defendants' interrogatories. On April 16, 2009, defendants' filed statements of non-opposition. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's April 9, 2009, request for extension of time to serve responses to defendants' interrogatories (no. 162) is granted; plaintiff's responses to defendants' interrogatories are due within thirty days of the date of this order;

      2. The May 20, 2009, discovery cut-off date is extended until June 19, 2009, so that defendants may file a motion to compel, if appropriate, as to the interrogatories for which the extension of time is granted.

DATED: April 23, 2009                                /s/ Gregory G. Hollows

an29.eot                                         UNITED STATES MAGISTRATE JUDGE