IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,               No. CIV S-07-0029 GEB GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.         FINDINGS & RECOMMENDATIONS

                            /

        Pending before the court are plaintiff's April 20, 2009, and April 30, 2009, motions for injunctive relief regarding conditions at Kern Valley State Prison.

        No defendants are located at Kern Valley State Prison or otherwise have authority over medical care at Kern Valley State Prison. This court is unable to issue an order against individuals who are not parties to a suit pending before it.[1] See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's April 20, 2009, and April 30, 2009 (nos. 166 and 173), motions for injunctive relief be denied.

/////

---

[1] The court has separately denied plaintiff's motion for leave to amend to include claims regarding conditions at Kern Valley State Prison.

1

| | |
|---|---|
| 1 | These findings and recommendations are submitted to the United States District |
| 2 | Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty |
| 3 | days after being served with these findings and recommendations, any party may file written |
| 4 | objections with the court and serve a copy on all parties.  Such a document should be captioned |
| 5 | "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections |
| 6 | shall be served and filed within ten days after service of the objections.  The parties are advised |
| 7 | that failure to file objections within the specified time may waive the right to appeal the District |
| 8 | Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991). |
| 9 | DATED: May 28, 2009 |
| 10 | |
| 11 | /s/ Gregory G. Hollows |
| | UNITED STATES MAGISTRATE JUDGE |
| 12 | |
| 13 | |
| 14 | |
| 15 | an29.pi |