IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    No. CIV S-07-0029 GEB GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On June 1, 2009, plaintiff filed a motion to compel further responses to interrogatories (no. 178). Defendant Cullen has not filed an opposition to this motion.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendant Cullen shall show cause for his failure to oppose plaintiff's June 1, 2009, motion to compel.

DATED: July 9, 2009                           /s/ Gregory G. Hollows

an29.osc                                    UNITED STATES MAGISTRATE JUDGE

1