IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

     Plaintiff,               No. CIV S-07-0029 GEB GGH P

     vs.

ROSANNE CAMPBELL, et al.,

     Defendants.         ORDER

_____/

         Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil

rights action.  On September 8, 2009, plaintiff filed his third request for the appointment of

counsel.  Plaintiff's previous requests were filed on April 20, 2007 and July 3, 2007.  All requests

were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's September 8,

2009 request (Docket # 203) is denied.

DATED: September 15, 2009

                    /s/ Gregory G. Hollows

                    _____
                    GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

GGH:md
anay0029.31.thr