IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                          No. CIV S-07-0029 GEB GGH P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.                    ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 9, 2009, the magistrate judge filed findings and recommendations herein (no. 207) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed November 9, 2009 (no. 207), are adopted in full;

      2.  Defendants' August 17, 2009, motion for judgment on the pleadings (no. 192) is granted as to the claims against defendants Grannis, Tedder and Campbell; the motion is denied in all other respects.

Dated:  December 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge