IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

        Plaintiff,                  No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Defendants are hereby directed to file a response to plaintiff's January 11, 2010 (docket #213), motion for settlement conference by March 19, 2010.

DATED: March 10, 2010

                                         /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

anay0029.res