1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RICHARD ERNEST ANAYA,

11          Plaintiff,                    No. CIV S-07-0029 GGH P

12      vs.

13  ROSEANNE CAMPBELL, et al.,

14          Defendants.                   <u>ORDER</u>

15  _____/

16          Defendants are hereby directed to file a response to plaintiff's January 11, 2010

17  (docket #213), motion for settlement conference by March 19, 2010.

18  DATED: March 10, 2010

19                                        /s/ Gregory G. Hollows

20                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

    anay0029.res

21

22

23

24

25

26

                                1