IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                 No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.            ORDER

_____/

    Plaintiff has filed a document entitled "motion for production of documents." Discovery is closed. For that reason, plaintiff's motion is denied.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the production of documents (no. 221) is denied.

DATED: April 21, 2010

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLows
                                             UNITED STATES MAGISTRATE JUDGE

GGH:kly
anay0029.411(2)

1