IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                    No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.               ORDER

_____/

        On April 5, 2010, plaintiff filed a motion to dismiss the claims against defendants Felkner, Perez, Hale, James, Agyman, Clark, Hamilton, Casperite and Hoepner. Plaintiff states that he wishes to proceed to trial only as to the claims against defendants Subia, Nale, Akintola, Smith, Johnson and Williams. Defendants are directed to notify the court whether they have any objection to the dismissal of the defendants identified in plaintiff's April 5, 2010, pleading.

        Plaintiff's April 5, 2010, pleading does not address the remaining claims against defendant Huerta-Garcia.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within seven days of the date of this order, plaintiff shall inform the court whether he intends to proceed to trial as to the claims against defendant Huerta-Garcia;

/////

1

2. Defendants shall notify this court, within seven days, whether they have any objection to the dismissal of the claims against defendants Felkner, Perez, Hale, James, Agyman, Clark, Hamilton, Casperite and Hoepner.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: April 21, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

an29.vol