IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,                        No. CIV S-07-0029 GGH P

  vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 2, 2010, plaintiff filed his fourth motion for the appointment of counsel. Plaintiff's previous requests were filed on April 20, 2007, July 3, 2007 and September 8, 2009. All motions were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 2, 2010 motion for appointment of counsel (Docket No. 237) is denied.

DATED: July 19, 2010

                               /s/ Gregory G. Hollows
                             _____
                             GREGORY G. HOLLOWS
                             UNITED STATES MAGISTRATE JUDGE

GGH:mp
anay0029.31thr