IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff                      No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 6, 2010, the court issued a pretrial order and the parties were given an opportunity to file objections. Both parties have filed objections (Docs. 240, 244) but after reviewing the objections, they are overruled and the pretrial order is final.

        According, IT IS HEREBY ORDERED that the parties objections to the pretrial are overruled and the July 6, 2010, pretrial order is final.

DATED: September 17, 2010                  /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

GGH:AB
anay0029.ord