IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff                    No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.             <u>ORDER</u>

_____/

        This case is scheduled for trial on Monday, October 25, 2010, before the undersigned.  Counsel for defendant has indicated that she will be unable to attend trial on the morning of Tuesday, October 26, 2010, but will be able to attend at approximately 12:00 pm on that day.  Defendant's motion to modify is granted and the court will discuss the scheduling in more detail on the first day of trial on October 25, 2010.

        According, IT IS HEREBY ORDERED that the defendant's motion (Doc. 250) is granted.

DATED: September 30, 2010

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:AB
anay0029.ord2