IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

     Plaintiff,                    No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

     Defendants.             <u>ORDER</u>

_____/

     Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On December 17, 2010, plaintiff filed a motion for appointment of counsel (no. 282). The Court finds appointment of counsel is warranted. Bhavani Murugesan has been selected from the Court's pro bono attorney panel.

     Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for appointment of counsel (no. 282) is granted.

    2. Bhavani Murugesan is appointed as counsel in the above entitled matter.

    3. Bhavani Murugesan shall notify Sujean Park, at 916-930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

\\\\

1  4. The Clerk of the Court is directed to serve a copy of this order upon Bhavani
2  Murugesan, 2409 Q Street, Suite 2, Sacramento, CA 95816.
3  DATED: January 4, 2010

/s/ Gregory G. Hollows

———————————————
U.S. MAGISTRATE JUDGE

anay0029.31