```
1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RICHARD ERNEST ANAYA,
11           Plaintiff                    No. CIV S-07-0029 GGH P
12      vs.
13  ROSEANNE CAMPBELL, et al.,
14           Defendants.                  ORDER
15  _____/
```

Plaintiff is a prison inmate proceeding with appointed counsel with a civil rights action.

On May 26, 2011, the court denied plaintiff's counsel motion to withdraw. However, while the court's order was being processed, plaintiff's counsel filed a motion to shorten time and to schedule a hearing before the court on June 2, 2011. Therefore, the court's order denying the motion to withdrawal (Doc. 303) is vacated and a hearing will be scheduled for June 2, 2011, at 10:00 am in Courtroom 9.

\\\\\
\\\\\
\\\\\
\\\\\

Accordingly, IT IS HEREBY ORDERED that:

1. The court's May 26, 2011, order (Doc. 303) is vacated;

2. Plaintiff's May 25, 2011, motion to shorten time (Doc. 301) is granted and a hearing will be scheduled for June 2, 2011, at 10:00 am in Courtroom 9.

DATED:   May 27, 2011                             /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
anay0029.ord11