IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff                    No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding with appointed counsel with a civil rights action. A hearing was held before the undersigned on June 2, 2011. Bhavani Murugesan and Brian Wanerman appeared for plaintiff and Monica Anderson appeared for defendants.

        Mr. Wanerman will substitute in for Ms. Murugesan and file an opposition to the summary judgment motion (Doc. 292) within 30 days. Therefore Ms. Murugesan's motion to withdraw is granted. Ms. Murugesan's motion for discovery is vacated.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. Ms. Murugesan's motion to withdraw as attorney (Doc. 300) is granted and Mr. Wanerman is substituted in as new counsel;

---

[1] Plaintiff is already in possession of all the medical evidence and exhibits from trial.

2. Plaintiff shall file an opposition to the February 25, 2011, motion for summary judgment within 30 days.

3. The motion for discovery (Docs. 296, 298) is vacated.

DATED: June 3, 2011         /s/ Gregory G. Hollows
                            _____
                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

GGH:AB
anay0029.ord12