IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff                 No. CIV S-07-0029 GGH P

  vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding with appointed counsel with a civil rights action. On July 5, 2011, the court granted counsel's request for costs to visit plaintiff in order to file an opposition to summary judgment which is due on July 22, 2011. On July 11, 2011, counsel filed another request for costs to visit plaintiff a second time, to finish plaintiff's declaration and statement of undisputed facts. The court has again approved the request for costs. As the deadline for the opposition to summary judgment is due on July 22, 2011, plaintiff must file the opposition on that date. Plaintiff's declaration and undisputed facts may be filed on July 29, 2011.

        IT IS SO ORDERED

DATED: July 20, 2011

                                   /s/ Gregory G. Hollows
                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

GGH:AB
anay0029.ord14