IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Richard Ernest Anaya

    Plaintiff(s)

vs.

Rosanne Campbell et. al

    Defendants.

No. 2:07-CV-0029 GGH P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian K. Wanerman, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 3, 2011, by the Honorable Gregory G. Hollows, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel from Sacramento, CA to Delano, CA and return for follow-up visit with plaintiff at Kern Valley State Prison in order to complete Plaintiff's response to Defendants' statement of undisputed facts and to complete plaintiff's declaration.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 250.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: [          ]

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this [7th] day of [July], 20[11], at [Sacramento], California.

_(signed)_ Brian K. Wanerman

Attorney for Plaintiff(s)

The above expenditure is __✓__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: July 21, 2011

_(signed)_
United States District Judge/Magistrate