IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff                       No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.             <u>ORDER</u>

                                 /

        Plaintiff's opposition to the motion for summary judgment is deemed timely filed. Defendants are granted an extension until August 12, 2011, to file a reply to plaintiff's opposition to the motion for summary judgment.

        IT IS SO ORDERED

DATED: August 2, 2011

                                          <u>/s/ Gregory G. Hollows</u>
                                    UNITED STATES MAGISTRATE JUDGE

GGH:AB
anay0029.ext