IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Richard Ernest Anaya

        Plaintiff(s)

vs.

Rosanne Campbell et. al.

        Defendants.

No. 2:07-CV-0029 GGH P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian K. Wanerman, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 3, 2011, by the Honorable Gregory G. Hollows, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Express delivery of copies of plaintiff's C-File from Kern Valley State Prison to attorney's office at 711 Ninth Street, Suite 100, Sacramento, CA 95814 for the purpose of creating exhibits to support attorney's declaration in support of plaintiff's opposition to defendants' motion for summary judgment

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 55.26.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: [          ]

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of August, 20 11, at Sacramento, California.

*[signature]*
Brian K. Wanerman

Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: Sept 20, 2011

*[signature]*
GREGORY G. HOLLOWS
United States District Judge/Magistrate