IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

            Plaintiff                 No. CIV S-07-0029 GGH P

     vs.

ROSEANNE CAMPBELL, et al.,

            Defendants.           ORDER

_____/

         Plaintiff is a state prisoner proceeding with a civil rights action.  Two different attorneys were appointed by the court at different times and one attorney, Bhavani Murugesan, now seeks payment for costs.  A hearing was held before the undersigned on March 15, 2012, and Ms. Murugesan appeared.  After considering the record and her arguments the court will order reimbursement of $617.58 to Ms. Murugesan.

         Accordingly, IT IS HEREBY ORDERED that the motion for costs (Doc. 335) is granted.

DATED: April 25, 2012

                       /s/ Gregory G. Hollows
               UNITED STATES MAGISTRATE JUDGE

GGH: AB
anay0029.ord16

1