IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff                             No. CIV S-07-0029 GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding with a civil rights action. Two different attorneys were appointed by the court at different times and one attorney, Bhavani Murugesan, now seeks payment for costs. A hearing was held before the undersigned on March 15, 2012, and Ms. Murugesan appeared. After considering the record and her arguments the court will order reimbursement of $617.58 to Ms. Murugesan.

        Accordingly, IT IS HEREBY ORDERED that the motion for costs (Doc. 335) is granted.

DATED: April 25, 2012

                                /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH: AB
anay0029.ord16

1